DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO VERGARA-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00325 OWW |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA/TRIAL SETTING HEARING; |
| v. | ORDER |
| EDUARDO VERGARA-SOTO, | Date: January 25, 2010 |
| Defendant. | Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the change of plea/trial setting hearing in the above-captioned matter now set for January 4, 2010, **may be continued to January 25, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing.  Assistant United States Attorney Ian Garriques does not oppose this request.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  December 30, 2009	/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  December 30, 2009	/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
EDUARDO VERGARA-SOTO

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   December 30, 2009**	      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE