DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO VERGARA-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>EDUARDO VERGARA-SOTO,<br><br>              Defendant. | NO. 1:09-cr-00325 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA/TRIAL SETTING HEARING; ORDER<br><br>Date:  February 1, 2010<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the change of plea/trial setting hearing in the above-captioned matter now set for January 25, 2010, **may be continued to February 1, 2010, at 9:00 a.m.**

This continuance is requested because defense counsel is currently engaged in trial in the matter of *U.S. v. Freyling, Et al.,* 1:08-cr-00384 OWW, which commenced January 12, 2010, and anticipates trial will continue through the end of January, 2010, and she will not be available for hearing on the date now set. Further, counsel needs additional time to meet with the defendant in this instant matter to discuss the matter and to conduct further investigation and plea negotiation prior to hearing. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will conserve time and resources for all parties and the court

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 19, 2010                 /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: January 19, 2010                 /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EDUARDO VERGARA-SOTO


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:   January 21, 2010**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE