```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA 93721
    Tel: (559) 497-4000
 5

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) Case No. 1:09-cr-00325 OWW
                                )
12           Plaintiff,         ) STIPULATION TO CONTINUE TRIAL
                                ) CONFIRMATION AND MOTIONS IN
13                              ) LIMINE HEARING; ORDER
         v.                     )
14                              ) Date: April 9, 2010
    EDUARDO VERGARA-SOTO,       ) Time: 12:15 p.m.
15                              ) Judge: Hon. Oliver W. Wanger
             Defendant.         )
16  _____)
```

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, 18 and through their respective attorneys of record herein, that **the** 19 **trial confirmation and motions in limine hearing now set for** 20 **March 29, 2010, may be continued to April 9, 2010, at 12:15 p.m.**

21      The reason for the continuance is to allow time for further 22 case preparation, investigation, availability of counsel, and 23 negotiations.  The parties stipulate and agree that the interests 24 of justice served by granting this continuance outweigh the best 25 interests of the public and the defendant in a speedy trial and 26 that the delay from the continuance shall be excluded from the

27 ///

28 ///

calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: March 18, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Ian L. Garriques
                                         IAN L. GARRIQUES
                                         Assistant U.S. Attorney


                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated: March 18, 2010               By:  /s/ Melody Walcott
                                         MELODY WALCOTT
                                         Attorney for Defendant


### O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 19, 2010**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE